OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

| | | | |
|---|---|---|---|
| Debtor's Name: | Crown Village Farm, LLC | Bank: | JPMorgan Chase Bank, N.A. |
| Bankruptcy Number: | 09-11522 (KG) | Acct #: | 816821946 |
| Date of Confirmation: | 12/18/09 (Effective 12/30/09) | Acct Type: | Commercial Checking |

Reporting period (month/year): **2/28/2010**

Beginning Cash Balance $52,526.46 (as of 12/31/09 - last period reported on MOR)

All receipts received by debtor: $0.00

    Cash Sales: $0.00

    Collection of Accounts Receivable: $0.00

    Proceeds from Litigation (Settlement or otherwise) $0.00

    Sale of Debtor's Assets: $0.00

    Capital Infusion pursuant to Plan: $0.00

    Total of cash received: $0.00

Total of cash available: $52,526.46

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $0.00

    Disbursements made pursuant to the administrative claims of bankruptcy professionals: $0.00

    All other disbursements made in the ordinary course: $536.86

    Total Disbursements $536.86

Ending Cash Balance $51,989.60

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

6/15/2010
Date

Vince DePorre, Regional President - KB Home Maryland

Debtor: Crown Village Farm, LLC    Case #: 09-11522 (KG)

| ASSETS | Month |
|---|---|
| | 28-Feb-10 |
| Cash (Unrestricted) | $51,989.60 |
| Cash (Restricted) | $0.00 |
| Accounts Receivable (Net) | $0.00 |
| Inventory | $0.00 |
| Notes Receivable | $0.00 |
| Prepaid Expenses | $0.00 |
| Other (Attach List) | $0.00 |
| Total Current Assets | $51,989.60 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | $0.00 |
| Machinery & Equipment | $0.00 |
| Furniture, fixtures & Office Equipment | $0.00 |
| Vehicles | $0.00 |
| Leasehold Improvements | $0.00 |
| Less: Accumulated Depreciation/Depletion | $0.00 |
| Total Property, Plant & Equipment | $0.00 |
| Due from Affiliates & Insiders | $0.00 |
| Other (Attach List) | $0.00 |
| Total Assets | $0.00 |
| **Liabilities Not Subject to Compromise (Post-petition Liabilities)** | |
| Accounts Payable | $215.80 |
| Taxes Payable | $0.00 |
| Notes Payable | $0.00 |
| Professional Fees | $0.00 |
| Secured Debt | $0.00 |
| Due to Affiliates & Insiders (DIP Lenders) | $20,709.52 A |
| Other (Attach List) | $31,064.28 A |
| Total Post-petition Liabilities | $51,989.60 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | $0.00 |
| Priority Debt - Per Plan | $0.00 |
| Unsecured Debt - Per Plan | $0.00 |
| Other (Attach List) - Per Plan | $0.00 |
| Total Pre-petition Liabilities | $0.00 |
| Total Liabilities | $0.00 |
| **Equity** | |
| Common Stock | $0.00 |
| Retained Earnings (Deficit) | $0.00 |
| Total Equity (Deficit) | $0.00 |
| Total Liabilities & Owners' Equity | $51,989.60 |

$0.00

A - Amounts payable under the Plan to KB Home Crown DIP Financing LLC and Centex Homes Crown, LLC, the Debtor's postpetition lenders (collectively, the "DIP Lenders"), and Bank of America, N.A., as agent for the Debtor's prepetition lenders ("BofA"), as partial reimbursement for payments previously made in respect of professional fees and expenses of Richards, Layton & Finger, P.A. (counsel to the Debtor) by the DIP Lenders and BofA

Crown Village Farm, LLC
Accrued Accounts Payable and Other Liabilities
As of February 28, 2010

| Prepetition Debts | Balance at December 31, 2009 | Activity | Balance at February 28, 2010 |
|---|---|---|---|
| Accounts Payable - Accrued Development Costs | $ - | $ - | $ - |
| Total Accounts Payable | $ - | $ - | $ - |
| Accrued Interest - Secured Debt | $ - | $ - | $ - |
| Accrued Real Estate Taxes | $ - | $ - | $ - |
| Accrued Legal Services | $ - | $ - | $ - |
| Payable to KB Home Virginia | $ (1,375.00) | $ 1,375.00 | $ - |
| Payable to KB Home Virginia. Management Fee | $ - | $ - | $ - |
| Sub-total Other Liabilities - Prepetition | $ (1,375.00) | $ 1,375.00 | $ - |

| Postpetition Debts | Balance at December 31, 2009 | Activity | Balance at February 28, 2010 | |
|---|---|---|---|---|
| Accounts Payable - Accrued Development Costs | $ - | $ - | $ - | |
| Total Accounts Payable | $ - | $ - | $ - | |
| Payable to Bank of America (Bank Service Charges / Fees) | $ - | $ (215.80) | $ (215.80) | |
| Accrued Real Estate Taxes | $ - | $ - | $ - | |
| Payable to KB Home Virginia | $ (375.00) | $ 375.00 | $ - | A |
| Payable to KB Home Virginia. Management Fee | $ (20,776.46) | $ 20,776.46 | $ - | A |
| Payable to US Bankruptcy Trustee | $ (30,000.00) | $ 30,000.00 | $ - | B |
| Payable to DIP Lenders (Under the Plan) | $ - | $ (20,709.52) | $ (20,709.52) | C |
| Payable to Bank of America (Under the Plan) | $ - | $ (31,064.28) | $ (31,064.28) | C |
| Sub-total Other Liabilities - Postpetition | $ (51,151.46) | $ (838.14) | $ (51,989.60) | |
| Total Other Liabilities | $ (52,526.46) | $ 536.86 | $ (51,989.60) | |

A - Amount was written off during the period as this amount was not included in the final distribution plan
B - Amount was written off during the period as this amount was determined to be a liability of Bank of America not Crown Village Farm, LLC
C - Amounts payable under the Plan to KB Home Crown DIP Financing LLC and Centex Homes Crown, LLC, the Debtor's postpetition lenders (collectively, the "DIP Lenders"), and Bank of America, N.A., as agent for the Debtor's prepetition lenders ("BofA"), as partial reimbursement for payments previously made in respect of professional fees and expenses of Richards, Layton & Finger, P.A. (counsel to the Debtor) by the DIP Lenders and BofA